**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6482**

ANTOINE LEON THURMAN,

                Plaintiff - Appellant,

        v.

UNITED STATES BUREAU OF PRISONS; UNITED STATES OF AMERICA;
J. LOPEZ; J. THOMAS; FNU MOLINA; OTHER UNKNOWN EMPLOYEES OF
THE US BUREAU OF PRISONS,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  William M. Catoe, Jr., Magistrate
Judge.  (8:06-cv-02458-WMC)

Submitted:  February 26, 2010          Decided:  March 9, 2010

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

J. Dennis Bolt, BOLT LAW FIRM, Columbia, South Carolina, for
Appellant.  W. Walter Wilkins, United States Attorney, R. Emery
Clark, Assistant United States Attorney, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Leon Thurman appeals the magistrate judge's order* granting summary judgment for Defendants and dismissing his civil action alleging claims under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thurman v. United States Bureau of Prisons, No. 8:06-cv-02458-WMC (D.S.C. Feb. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) (2006).